**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ALEJANDRO JIMENEZ GONZALEZ**                                    **PETITIONER**

**VERSUS**                                    **Cause No. 5:25-cv-147-DCB-RPM**

**WARDEN, ADAMS COUNTY DETENTION**
**FACILITY**                                    **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 26], which recommends that Petitioner Alejandro Jimenez Gonzalez ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be denied and dismissed without prejudice. On July 27, 2026, Judge Myers issued this Report and objections were due by August 10, 2026. No party objected to the Report and the time to do so has now passed.

### I.   DISCUSSION

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

## II.    CONCLUSION

The Court, having considered Petitioner's Petition [ECF No. 1], the record, relevant law, and Magistrate Judge Myers's Report [ECF No. 26], finds that Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. The Court echoes Judge Myers sentiment that the Petitioner is not to be held indefinitely. If, after fully cooperating with the officials involved in the removal process, his removal is not likely in the reasonably foreseeable future, then he may again apply for relief. Therefore, the Court adopts Judge Myers's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 26] is hereby ADOPTED and the action is DISMISSED.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this 11 day of August, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE