**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ALEJANDRO JIMENEZ GONZALEZ** **PETITIONER**

**VERSUS** **Cause No. 5:25-cv-147-DCB-RPM**

**WARDEN, ADAMS COUNTY DETENTION FACILITY** **RESPONDENT**

FINAL JUDGMENT

In accordance with the Court's Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this 11 day of August, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE